```
                                            FILED

                                       08 MAY -6 AM 11: 24


                                    BY:    ECL       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury    08CR 1437    DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |
| SERGIO ANTONIO CASTANEDA-ELIZALDE, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about April 21, 2008, within the Southern District of California, defendant SERGIO ANTONIO CASTANEDA-ELIZALDE did knowingly and intentionally import 5 kilograms and more, to wit: approximately 24.74 kilograms (54.43 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:nlv:Imperial
5/6/08

<u>Count 2</u>

On or about April 21, 2008, within the Southern District of California, defendant SERGIO ANTONIO CASTANEDA-ELIZALDE did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 24.74 kilograms (54.43 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

<u>FORFEITURE ALLEGATION</u>

The allegations contained in Counts 1 and 2 are realleged and by reference are fully incorporated herein to allege forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the commission of the felony offenses alleged in Counts 1 and 2, a violation punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendant shall, upon conviction, forfeit to the United States all his rights, title, and interest in all property constituting, and derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the commission of the

//
//
//
//
//
//
//
//

violations alleged in Counts 1 and 2 of this indictment, including, but not limited to, $4,000.00 in U.S. currency.

All in violation of Title 21, United States Code, Sections 952, 960, 841(a)(1), and 853.

DATED: May 6, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney