UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 08CR1437-DMS |
| Plaintiff, ) | |
| V. ) | CERTIFICATE OF SERVICE |
| SERGIO CASTANEDA-ELIZALDE, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFY that:

I, John F. Kelly, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 406 Ninth Avenue, Suite 303, San Diego, California 92101; I am not a party to the above-entitled action. I personally served a copy of:

JOINT MOTION TO CONTINUE

to   : Andrew- G. Schopler or Representative
    880 Front St
    San Diego, CA 92101

the last known address, at which place there is delivery service of mail from the United States Postal Service and a reception area where service was personally accepted by an employee of the United States Attorney Office or via electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2008
                                    s/ John F. Kelly
                                    _____
                                    John F. Kelly